UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-60107-CIV-BLOOM

KENNETH E. LIBRIZZI,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC, *et al.*,

    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kenneth E. Librizzi and Defendants, Ocwen Loan Servicing, LLC; Argent Mortgage Company, LLC; Homeward Residential, Inc.; Trans Union LLC; Equifax Information Services LLC; Experian Information Solutions, Inc.; and Deutsche Bank National Trust Company, hereby stipulate to the dismissal of this action with prejudice and further stipulate that each party shall bear its own costs, attorneys' fees and expenses.

| | |
|---|---|
| s/ *Kenneth E. Librizzi* | s/ *David B. Levin* |
| Kenneth E. Librizzi | David Brian Levin |
| 225 SW 11 Court | Joshua Robert Levine |
| Pompano, FL 33060 | Baker Donelson Bearman, Caldwell |
| *Plaintiff*, pro se |   & Berkowtiz, PC |
| | 100 S.E. Third Avenue, Suite 1620 |
| | Ft. Lauderdale, FL 33394 |
| | 954-768-1600 |
| | Email: dlevin@bakerdonelson.com |
| | Email: jrlevine@bakerdonelson.com |
| | |
| | *Counsel for Ocwen Loan Servicing, LLC, Homeward Residential, Inc, and Deutsche Bank National Trust Company* |

[electronic signatures continue on following page]

Case 0:15-cv-60107-BB Document 131 Entered on FLSD Docket 11/04/2015 Page 2 of 3

s/ *Alyson V. Blatney*
Alyson V. Blatney
Starsburger & Price, LLP
2801 Network Boulevard
Frisco, TX 75034
468-286-3900
Email: alyson.blatney@strasburger.com

Franklin Gordon Cosmen , Jr.
Quintairos Prieto Wood & Boyer P.A.
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33156
3056701101 x 1027
Email: fcosmen@qpwblaw.com

*Counsel for Trans Union LLC*

s/ *J. Anthony Love*
J. Anthony Love
N. Charles Campbell
King & Spalding
1180 Peachtree Street NE
Atlanta, GA 30309
404-572-4600
Email: tlove@kslaw.com
Email: ccampbell@kslaw.com

*Counsel for Equifax Information Services LLC*

s/ *Maria H. Ruiz*
Jessica C Casey
Jones Day
1420 Peachtree Street, Suite 800
Atlanta, GA 30309
404-581-8582
Email: jcasey@jonesday.com

Maria H. Ruiz
Kasowitz, Benson, Torres & Friedman LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
786-587-1044
Email: MRuiz@kasowitz.com

*Counsel for Experian Information Solutions, Inc.*

s/ *Reid Stephens Manley*
Douglas Jordan Stamm
Burr and Forman LLP
350 E. Las Olas Blvd., Ste. 1420
Ft. Lauderdale, FL 33301
(954) 414-6200
Email: flservice@burr.com

Reid Stephens Manley
Burr & Forman LLP
420 N 20th Street, Suite 3400
Birmingham, AL 35203
(205) 458-5439
Email: rmanley@burr.com

*Counsel for Argent Mortgage Company, LLC*

**CERTIFICATE OF SERVICE**

**I hereby certify** that on November 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and on Plaintiff via email pursuant to his express consent to e-mail service.

s/ *David B. Levin*
David B. Levin